AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| PABLO CALDERON-GONZALES, a/k/a "Pablo Calderon-Chihuahua," | ) Case No. 17-8017-DLB |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2017__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and (b)(1) | Illegal re-entry after prior deportation. |

This criminal complaint is based on these facts:

PLEASE SEE AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-18-17

_____
*Judge's signature*

City and state: West Palm Beach, Florida     Dave Lee Brannon, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as, information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Pablo CALDERON-GONZALES, also known as Pablo CALDERON-CHIHUAHUA, has committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about January 13, 2017, Pablo CALDERON-GONZALES was arrested in Palm Beach County, Florida on charges of driving under the influence, driving without a driver's license, failure to appear, and a violation of probation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system which resulted in a positive match for an individual who had been previously removed from United States, that is Pablo CALDERON-GONZALES.

1

4. A review of the immigration alien file assigned to Pablo CALDERON-GONZALES shows that he is native and citizen of Mexico. Records further show that on or about November 18, 2009, Pablo CALDERON-GONZALES was ordered removed from the United States. The Order of Removal was executed on or about December 3, 2009, whereby Pablo CALDERON-GONZALES was removed from the United States and returned to Mexico.

5. Further review of the records show that on or about October 20, 2009, in the Circuit Court of the Nineteenth Judicial Circuit in and for Saint Lucie County, Florida, Pablo CALDERON-GONZALES was convicted of felony offense of DUI-impairment/with priors in case number 562007CF001906A.

6. On or about January 18, 2017, Deportation Officer Cynthia Alcocer took a sworn statement from Pablo CALDERON-GONZALES. Post *Miranda*, Pablo CALDERON-GONZALES admitted to being a native of Mexico. He further admitted to last entering into the United States illegally in about 2015, after being previously removed from the United States in 2009. Pablo CALDERON-GONZALES further admitted that he did not seek permission from the U.S. government to re-enter the United States.

7. I scanned Pablo CALDERON-GONZALES's fingerprints taken in connection with his January 13, 2017, arrest in Palm Beach County into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United Sates, that is Pablo CALDERON-GONZALES.

8. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Pablo CALDERON-

GONZALES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Pablo CALDERON-GONZALES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about January 13, 2017, Pablo CALDERON-GONZALES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this _17_ day of January 2017.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** PABLO CALDERON-GONZALES, a/k/a "Pablo Calderon-Chihuahua"

**Case No.:** 17-8017-DLB

Count #: 1

Illegal re-entry after prior deportation.

Title 8, United States Code, Sections 1326(a) and (b)(1).

*  **Max.Penalty:**          10 years imprisonment; 3 years supervised release; $250,000 fine.

\*  Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: __17-8017-DLB__

UNITED STATES OF AMERICA

vs.

PABLO CALDERON-GONZALES,
   a/k/a "Pablo Calderon-Chihuahua,"

       Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

BY:   _____
          Jennifer C. Nucci
          Assistant United States Attorney
          Florida Bar No. 171700
          500 S. Australian Avenue, Suite 400
          West Palm Beach, FL 33401
          TEL: (561) 820-8711
          FAX: (561) 805-9846
          Jennifer.Nucci@usdoj.gov